NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEROY ALFORD,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2010-3112

---

Petition for review of the Merit Systems Protection Board in case no. DC3330090703-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Leroy Alford's motion for a 30-day extension of time to file his reply brief,

IT IS ORDERED THAT:

The motion is granted. Alford's reply brief is due within 30 days of the date of filing of this order.

FOR THE COURT

NOV 3 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Leroy Alford
Michael D. Austin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 03 2010

JAN HORBALY
CLERK